IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES ERIC MALLETT,

    Plaintiff,

vs.

DR. SEPULVEDA, et al.,

    Defendants.
                                /

No. C 11-03632 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT**

    Plaintiff, a state prisoner, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed *in forma pauperis* application. Plaintiff filed a completed *in forma pauperis* application; however, he did not file copies of his Certificate of Funds and prisoner trust account statement.

    In an Order dated September 12, 2011, the Court ordered Plaintiff to file copies of his Certificate of Funds and prisoner trust account statement by October 28, 2011; however, these documents are presently overdue.

    Plaintiff has filed a request for an extension of time to file copies of his Certificate of Funds and prisoner trust account statement. Plaintiff has also filed a document entitled, "Motion for Request of Notification of *In Forma Pauperis*," in which Plaintiff requests that the Clerk "notify him of when the Court receives the signed *In Forma Pauperis* papers." (Pl.'s Mot. at 2.) Because the Court has already informed Plaintiff above that the required documents have not yet been received,

1  it will construe that motion as another request for an extension of time to file these documents.
2  Having read and considered Plaintiff's request, and good cause appearing,
3     IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.
4  The time in which Plaintiff may file copies of his Certificate of Funds and prisoner trust account
5  statement will be extended up to and including **thirty (30) days** from the date of this Order.
6     **Failure to file copies of his Certificate of Funds and prisoner trust account statement as**
7  **ordered herein by the thirty-day deadline shall result in the dismissal of this action without**
8  **prejudice.**
9     This Order terminates Docket nos. 7 and 14.
10    IT IS SO ORDERED.

DATED: January 27, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Mallett3632.EOT-IFPdocs.frm          2