UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERIC MALLETT, | No. C 11-3632 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. SEPULVEDA, et al., | |
| Defendants. / | |

Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of Defendants Dr. Sepulveda and Mr. Ellis as to all claims. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: November 26, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Mallett11-3632.jud.rmh.wpd